JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASEM ELIAS-ZAYER, | Case No. EDCV 07-103-SGL (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| K. MENDOZA-POWERS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition, and dismissing this action with prejudice.

DATED: 3/3/08

HONORABLE STEPHEN G. LARSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge